## WILLACY COUNTY WATER CONTROL AND IMP. DIST. NO. 1 v. SMITH.

### No. 9953.

Court of Civil Appeals of Texas. San Antonio.

Jan. 27, 1937.

Jesse G. Foster and R. F. Robinson, both of Raymondville, for appellant.

Gaines, Gaines & Roberts, of San Antonio, for appellee.

MURRAY, Justice.

This cause has been regularly submitted in this court, but neither appellant nor appellee has filed written briefs, as required by article 1848, R.C.S.1925, as amended by Acts 1935, c. 90 (Vernon's Ann.Civ.St. art. 1848), and rules 22 and 38 for the Courts of Civil Appeals.

Such failure to file briefs requires that the appeal be dismissed for want of prosecution. Rule 38, supra. Accordingly, the appeal will be dismissed.